UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
                                                        :
ISABEL MENDEZ et al.,                                   :
                                    Plaintiffs,         :
                                                        :              22 Civ. 470 (LGS)
                        -against-                        :
                                                        :                  ORDER
LEONIDAS KOUSOULIS et al.,                              :
                                                        :
                                    Defendants.  :
----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an initial conference is scheduled for March 30, 2022, at 4:30 p.m.

        WHEREAS, on February 14, 2022, the parties submitted a proposed case management

plan.

        WHEREAS, on February 14, 2022, the parties were directed to file a joint letter per the

Court's Order dated January 31, 2022, and to re-file the proposed case management plan by

March 23, 2022.

        WHEREAS, the parties filed to file the joint letter and proposed case management plan.

It is hereby

        **ORDERED** that the parties shall file the joint letter and proposed case management plan

by **March 25, 2022**.

Dated:  March 24, 2022
        New York, New York

                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**